### 18070.  STEWART *v.* THE STATE.

LUKE, J.   Stewart was indicted and properly convicted of the offense of robbery. The special grounds of his motion for a new trial do not require a reversal of the judgment denying the motion.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JUNE 14, 1927.

Robbery; from Fulton superior court—Judge E. D. Thomas. February 26, 1927.

*Bentley & Bentley,* for plaintiff in error.

*John A. Boykin, solicitor-general, J. W. LeCraw,* contra.

---

Criminal Law, 17 C. J. p. 248, n. 3.